**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARIO GOMEZ-AGUIRRE,

    Petitioner,

v.                                                          Case No. 09-20362
                                                                             Hon. Lawrence P. Zatkoff

UNITED STATES OF AMERICA,

    Respondent.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 22], in which the Magistrate Judge recommends that the Court deny Petitioner's Motion to Vacate Sentence [dkt 16]. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion to Vacate Sentence [dkt 16] is DENIED.

IT IS SO ORDERED.

                                                                             S/Lawrence P. Zatkoff
Date: January 9, 2014                                         Hon. Lawrence P. Zatkoff
                                                                             U.S. District Judge